## Commonwealth v. Fidtler, Appellant.

Submitted September 14, 1970. *John O. Cole* and *John W. Packel*, Assistant Defenders, and *Vincent J. Ziccardi*, Acting Defender, for appellant; *Martin H. Belsky* and *Milton M. Stein*, Assistant District Attorneys, *James D. Crawford*, Deputy Dis-

trict Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.